UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DENISE CRUMWELL,

               Plaintiff,

  - against -

TMR USA INC.,

               Defendant.

25-cv-150 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **April 9, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is **stayed**.

SO ORDERED.

Dated:    New York, New York
           January 9, 2025

                                                John G. Koeltl
                                       United States District Judge